**DISMISS and Opinion Filed February 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00623-CV

**DANIEL WOOLEN, JR., Appellant**

**V.**

**THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-RS2, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-02474-E**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Reichek

Appellant's brief has not been filed despite appellant being cautioned that failure to file the brief by December 20, 2018 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1).

Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1); 42.3(b),(c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

180623F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DANIEL WOOLEN, JR., Appellant

No. 05-18-00623-CV        V.

THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF
NEW YORK TRUST COMPANY, N.A.
AS SUCCESSOR TO JPMORGAN
CHASE BANK, N.A., AS TRUSTEE FOR
RESIDENTIAL ASSET MORTGAGE
PRODUCTS, INC., MORTGAGE ASSET-
BACKED PASS-THROUGH
CERTIFICATES SERIES 2005-RS2,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-02474-E.
Opinion delivered by Justice Reichek,
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-RS2 recover its costs, if any, of this appeal from appellant Daniel Woolen, Jr.

Judgment entered February 25, 2019.